Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−18365−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alan Perez
42 Hana Road
Edison, NJ 08817

Anitza Perez
aka Anitza Cseko, aka Vargas
42 Hana Road
Edison, NJ 08817

Social Security No.:
 xxx−xx−8125

xxx−xx−6329

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 16, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 16, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alan Perez  
Anitza Perez  
    Debtors

Case No. 22-18365-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2022 | Form ID: 148 | Total Noticed: 5 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alan Perez, Anitza Perez, 42 Hana Road, Edison, NJ 08817-2034 |
| 519742191 | | NY State Department of Taxation and Finance, WA Harriman Campus, Civil Enforcement Division, Albany, NY 12227-0841 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519743993 | + | EDI: RMSC.COM | Nov 17 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519742226 | | AllState |
| 519742199 | | Atlantic Urgent Care |
| 519742219 | | Capital One |
| 519742220 | | Capital One |
| 519742210 | | Care Credit |
| 519742198 | | Central Jersey Pathology Consultants |
| 519742204 | | Central Jersey Urgent Care |
| 519742207 | | Chase Amazon Prime |
| 519742214 | | Comenity Bank |
| 519742212 | | Credit One |
| 519742218 | | Discount Tire |
| 519742227 | | Family Credit Counseling Services |
| 519742200 | | Halsted Financial for Cavalry SPV I LLC |
| 519742208 | | Jared Genesis FS |
| 519742195 | | Jefferson Capital Systems LLC for LANDO Resorts |
| 519742213 | | Kohls |
| 519742193 | | LVNV Funding LLC DBA Credit One |
| 519742211 | | Macys |
| 519742201 | | Midland Credit Mand for Capital One |
| 519742203 | | Midland Funding NY$Co |
| 519742192 | | NY Federal Taxes |
| 519742217 | | Old Navy |

| | |
|---|---|
| 519742209 | One Main Financial |
| 519742223 | Optimum |
| 519742221 | Oxford Arms Realty |
| 519742202 | Qualia Collection Services for Kohls |
| 519742196 | Rutgers Health |
| 519742197 | Rutgers Health |
| 519742222 | T-Mobile |
| 519742194 | Unifund CCR LLC aao Comenity Bank |
| 519742215 | Victoria Secret |
| 519742224 | Volkswagen Credit |
| 519742189 | Volkswagon Credit |
| 519742205 | Wakefield Associates for JFK Medical |
| 519742206 | Wakefield Associates for JFK Medical |
| 519742216 | Walmart |
| 519742190 | Wells Fargo Auto |
| 519742225 | Wells Fargo Auto |

TOTAL: 38 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2